618

unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 16, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before April 30, 1962. Motion to dismiss appeal from order entered October 25, 1961 granted in view of the appeal from the decree, entered on December 8, 1961. The appellants are directed to file the requisite security for costs as required by section 298 of the Surrogate's Act within 10 days from the date of entry of the order herein. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

S. H. EQUITIES, INC., v. LATIN ARTISTS UNION.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

In the Matter of ARMAND A. CIOFFI v. EDWARD T. McCAFFREY.— Motion for reargument and for other relief denied on the ground that it does not appear that the order denying petitioner's application for an inspection of the Grand Jury minutes is an appealable one (see *People* v. *Howell*, 3 N Y 2d 672). Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

BENNETT BROTHERS, INC., v. FLOYD BENNETT FARMERS MARKET CORPORATION et al.— Motion for a stay denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

FRANK HENNESSY, as Executor of GRACE SIMMONS, Deceased, v. 18 MINERVA PLACE, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 3, 1962, with notice of argument for May 15, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH RIVERA.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

PEPITA SCIALES et al. v. JULIUS HOCKHEISER.— Motion to dismiss appeal granted on consent, without costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

HENRY S. MILLER v. HARRY W. GANTZ.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

ANGELO D. D'AMBROSIO et al. v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

In the Matter of GEORGE A. GLOCK v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles.— Motion for leave to dispense with printing granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Attorney-General of the State of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.